**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-6416**

———————————

MARCOS F. SANTIAGO,

                    Plaintiff - Appellant,

            v.

UNITED STATES OF AMERICA,

                    Defendant – Appellee.

———————————

**No. 22-6580**

———————————

MARCOS F. SANTIAGO,

                    Plaintiff - Appellant,

            v.

UNITED STATES OF AMERICA,

                    Defendant - Appellee.

———————————

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:21-cv-00436-JPJ-PMS)

———————————

Submitted:  March 21, 2023                    Decided:  March 23, 2023

———————————

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Marcos F. Santiago, Appellant Pro Se.  Krista Consiglio Frith, Assistant United States Attorney, OFFICE OF THE UNTED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcos F. Santiago appeals the district court's orders dismissing for lack of subject matter jurisdiction his civil action seeking relief under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80, and denying his Fed. R. Civ. P. 59(e) motion to reconsider. We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Santiago v. United States*, No. 7:21-cv-00436-JPJ-PMS (W.D. Va. Mar. 14, 2022 & Mar. 28, 2022).  We deny Santiago's motions for appointment of counsel, to compel or direct the United States to respond, and for consideration of new evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3